1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EDMUNDO A. ZUNIGA,                          )
                                            )
              Plaintiff,                    )        2:13-cv-01138-JCM-VCF
                                            )
vs.                                         )
                                            )        **ORDER**
ATTORNEY GENERAL, *et al.*,                 )
                                            )
              Defendants.                   )
_____/

          This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254,

by a Nevada state prisoner.  Petitioner has submitted a motion for leave to proceed *in forma pauperis*

and a petition for a writ of habeas corpus.  Based on the information regarding petitioner's financial

status, the motion to proceed *in forma pauperis* is denied.  Petitioner must pay the $5.00 filing fee

for habeas corpus actions.  28 U.S.C. § 1914(a).  Petitioner shall be given an opportunity to pay the

fee in this action.

          **IT IS THEREFORE ORDERED** that the motion for leave to proceed *in forma pauperis*

(ECF No. 1) is **DENIED**.  Petitioner shall have **thirty (30) days** from the date this order is entered

in which to have the $5.00 filing fee sent to the clerk.  Failure to do so may result in the dismissal of

this action.

          **IT IS FURTHER ORDERED** that the clerk **SHALL SEND** petitioner two copies of this

order.  Petitioner is ordered to make the necessary arrangements to have one copy of this order

attached to the check in the amount of the $5.00 filing fee.

      **IT IS FURTHER ORDERED** that the clerk shall **RETAIN** the petition but not file it at this

time.

      Dated this __3rd__ day of July, 2013.

                                      _____

                                      UNITED STATES DISTRICT JUDGE